IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RUSSELL W. POWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05-00743-CV-W-DW |
| ) | |
| WAL-MART STORES, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is parties' Joint Motion for Remand to the Circuit Court of Randolph County, Missouri (Doc. 5). Plaintiff and Defendant state that all the claims in this case arise under state common law and no elements of any of Plaintiff's state law claims is based on federal law. The parties make the motion in the interest of judicial economy. For good cause shown, the Joint Motion is granted. The above styled case is remanded to the Circuit Court in Randolph County, Missouri, for all purposes.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: November 22, 2005